UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    Chapter 7

HAMPTON LANE, INC.,                       Case No. 02-12745 (SCC)

                                          **STATEMENT OF
                                          UNCLAIMED DIVIDENDS**

                    Debtor.

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| N/A | DRESDNER BANK LATINAMERIKA, AG<br>C/O GARY M. CARMAN, ESQUIRE<br>ARNSTEIN &, LEHR<br>201 S. BISCAYNE, SUITE 400<br>MIAMI, FL 33131 | $20,000,000.00 | $160,355.96 |
| 4 | AMERICAN STEAMSHIP AGENCY CORP.<br>DEORCHIS & PARTNERS, LLP<br>61 BROADWAY, 26TH FLOOR<br>NEW YORK, NY 10006 | $1,939,985.50 | $3,782.27 |

**TOTAL UNCLAIMED DIVIDENDS:**                                $   164,138.23

Dated:  New York, New York
        April 30, 2013

                                    /s/ John S. Pereira, Trustee
                                    JOHN S. PEREIRA (jp4856)
                                    CHAPTER 7 TRUSTEE
                                    405 LEXINGTON AVENUE, 7TH FLOOR
                                    NEW YORK, NY  10174
                                    (212) 758-5777