

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re: **Allied Deals, Inc.**

Case No. 02-12192

**Affidavit for Reimbursement
Of Unclaimed Funds**

County of: Federal Republic of Germany

USt-ID-Nr.: DE 811 158 787
(German Tax ID number)

We, Christian Grimm and Jörg Johannsen, Dresdner Lateinamerika AG (formally Dresdner Bank Lateinamerika AG), being duly sworn, deposes and say:

That Dresdner Lateinamerika AG (formally Dresdner Bank Lateinamerika AG) is a creditor of the above named bankruptcy.

That Allied Deals, Inc. was duly adjudged a debtor/bankrupt in the United States Bankruptcy Court for the Southern District of New York. That said creditor duly filed his/her claim, which was thereafter duly allowed. Dividends amounting to the sum of $397,186.97 remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of deponent.

It is therefore requested that the Clerk of this Court pay to Dresdner Lateinamerika AG (formally Dresdner Bank Lateinamerika AG).

Regards,

**Dresdner Lateinamerika
Aktiengesellschaft**

Johannsen        Grimm

<u>**Reg. No. 2875/2012 K**</u>

I, the undersigned

**Dr. Ralf Katschinski,**

a Notary Public of this Free and Hanseatic City of Hamburg, Federal Republic of Germany, do hereby certify and attest that

1.  Mr. Jörg Johannsen,
    date of birth: July 25, 1954,
    address: Drehbahn 3, D-20354 Hamburg, Germany,
    personally known to me,

2.  Mr. Christian Andreas Grimm,
    date of birth: April 16, 1967,
    address: Drehbahn 3, D-20354 Hamburg, Germany,
    personally known to me,

both acting in their capacities as legal representatives (Prokuristen) of the joint stock company domiciled at Hamburg under the firm-name of

**Dresdner Lateinamerika Aktiengesellschaft**
-registered in the Commercial Register of Hamburg under HR B 8524-

signed the foregoing document in my presence.

IN WITNESS WHEREOF I have hereunto set my hand an affixed my seal of office at Hamburg, this 25th day of October, 2012.



# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF NEW YORK

IN RE:                                    )
Allied Deals, Inc.,                       ) Case No. 02-12192
                                          )     (Chapter 7)
                                          )
                **DEBTOR**                )
                                          )

## APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Dresdner Bank Latinamerika, AG aka Dresdner Bank Lateinamerika AG kna Dresdner Lateinamerika AG (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution to the Claimant in the amount of approximately $397,186.97. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Dresdner Bank Latinamerika, AG aka Dresdner Bank Lateinamerika AG kna Dresdner Lateinamerika AG

Tax ID #:

By: _____
J. Armstrong Duffield, American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK 73013
(405) 341-9001

Dresdner Lateinamerika AG

## LIMITED POWER OF ATTORNEY

Dresdner Lateinamerika AG (formally Dresdner Bank Lateinamerika AG), ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints J. Armstrong Duffield of American Property Locators, Inc., 3855 S. Boulevard, Suite 200, Edmond, OK 73013-5473 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act, **Only to recover cash or cash equivalents specifically arising from the Allied Deals, Inc. bankruptcy matter that belong to the Principal** and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner, unless revoked earlier by the Principal in writing.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

Hamburg, 24.10.2012

**Dresdner Lateinamerika**
**Aktiengesellschaft**

Johannsen                                Grimm

Dresdner Lateinamerika AG
Drehbahn 3
20354 Hamburg / Germany
German Tax number : DE 811 158 787

<u>**Reg. No. 2876/2012 K**</u>

I, the undersigned

**Dr. Ralf Katschinski,**

a Notary Public of this Free and Hanseatic City of Hamburg, Federal Republic of Germany, do hereby certify and attest that

1. Mr. Jörg Johannsen,
   date of birth: July 25, 1954,
   address: Drehbahn 3, D-20354 Hamburg, Germany,
   personally known to me,

2. Mr. Christian Andreas Grimm,
   date of birth: April 16, 1967,
   address: Drehbahn 3, D-20354 Hamburg, Germany,
   personally known to me,

both acting in their capacities as legal representatives (Prokuristen) of the joint stock company domiciled at Hamburg under the firm-name of

**Dresdner Lateinamerika Aktiengesellschaft**
-registered in the Commercial Register of Hamburg under HR B 8524-

signed the foregoing document in my presence.

In accordance with Sec. 21 of the German Federal Notaries Act (Bundesnotarordnung) I, the notary public, upon having inspected the electronic commercial register with the local court Hamburg (HR B 8524) on the date hereof, do hereby certify and attest that

a) Mr. Jörg Johannsen and Mr. Christian Andreas Grimm are entitled to sign jointly for the aforementioned joint stock company registered in the Commercial Register of Hamburg under the HR B N° 8524;

b) the stockholders' meeting of December 7, 2005 has resolved the name change from Dresdner Bank Lateinamerika Aktiengesellschaft (formally Deutsch-Südamerikanische Bank Aktiengesellschaft) to Dresdner Lateinamerika Aktiengesellschaft. This name change was registered in the Commercial Register on August 14, 2006.

IN WITNESS WHEREOF I have hereunto set my hand an affixed my seal of office at Hamburg, this 25th day of October, 2012.



**Dresdner Lateinamerika AG** 

<u>Dresdner Lateinamerika AG – Postfach 30 12 46 – 20305 Hamburg</u>

American Property Locators, Inc.
Mr. Jim A. Duffield
3855 S. Boulevard, Suite 200

Edmond, OK 73013-5473

USA

Telefon   (040) 3683-3603
Telefax   (040) 3683-3609
E-Mail    enquiry@dbla.com

Postadresse:
Dresdner Lateinamerika AG
Postfach 30 12 46, 20305 Hamburg

Hamburg, 28. November 2012

**Unclaimed Funds (Allied-Deals-Group)**
ENQ 017/2012

Dear Jim,
dear ladies and gentlemen,

as requested via e-mail dd. November 26, 2012, we confirm that the attorneys (Gary M. Carman, Exquire, Arnstein & Lehr, Miami, FL) listed on each of the respective cases 02-12745, 02-12743 and 02-12192 are not due to any of the unclaimed monies.

We repectfully request, therefor, that the Clerk of the Court pay to Dresdner Lateinamerika AG (formally Dresdner Bank Lateinamerika AG).

Best regards,

**Dresdner Lateinamerika
Aktiengesellschaft**

Johannsen                Grimm

Dresdner Lateinamerika Aktiengesellschaft Drehbahn 3 20354 Hamburg
Sitz: Hamburg Handelsregister HRB 8524, Amtsgericht Hamburg
Vorsitzender des Aufsichtsrats: Christoph Trapp
Vorstand: Dr. Klaus Cannivé, Lothar Horas

## CERTIFICATE OF MAILING

    I hereby certify that on November 2, 2012 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Jeannette A. Vargas
Chief, Tax and Bankruptcy Unit
86 Chambers Street
New York, NY 10007

                     _/s/ J. Armstrong Duffield_
                     J. Armstrong Duffield

# American Property Locators, Inc.

3855 S. Boulevard, Suite 200
Edmond, OK 73013

Fax (405) 340-5968

(800) 730-4343
(405) 340-4900

November 2, 2012

U.S. Bankruptcy Court
SOUTHERN DISTRICT OF NEW YORK
Attn: Financial Section
Alexander Hamilton Custom House
One Bowling Green 6th Floor
New York City, NY 10004-1408

Re:   SOUTHERN DISTRICT OF NEW YORK APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Financial Section:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 02-12192-SCC |
| Debtor: | Allied Deals, Inc. |
| Creditor/Claimant: | Dresdner Bank Latinamerika, AG aka Dresdner Bank Lateinamerika AG kna Dresdner Lateinamerika AG |
| Amount: | $397,186.97 |

Please forward a file stamped copy of the application and order along with the payment for this entity to the undersigned at the above address. Thank you for your assistance in this matter.

Sincerely,

J. Armstrong Duffield

JAD/kc
Enclosures