UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | | Chapter 7 |
| ALLIED DEALS INC., | | Case No. 02-12192 (SCC) |
| | | **STATEMENT OF UNCLAIMED DIVIDENDS** |
| | Debtor. | |

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 3 | AMERICAN STEAMSHIP AGENCY CORP.<br>RICHARD L. FURMAN<br>DE ORCHIS, WALKER &, CORSA, LLP<br>61 BROADWAY<br>NEW YORK, NY 10006 | $1,939,985.50 | $758.80 |
| 14 | DRESDNER BANK LATEINAMERIKA, AG<br>C/O GARY M. CARMAN, ESQUIRE<br>ARNSTEIN &, LEHR<br>201 S. BISCAYNE, SUITE 400<br>MIAMI, FL 33131 | $20,000,000.00 | $36,712.76 |
| 47 | COLLIERS HOUSTON & CO.<br>THE ATRIUM<br>400 GLENPOINTE CENTRE W.<br>TEANECK, NJ 07666 | $47,880.00 | $18.73 |
| 51 | GMAC COMMERCIAL FINANCE<br>SIMMONS, JANNACE & STAGG<br>75 JACKSON AVENUE<br>SYOSSET NY 11791 | $49,252,785.00 | $19,264.60 |

**TOTAL UNCLAIMED DIVIDENDS:**                                                                 **$   56,754.89**

Dated:  New York, New York
            April 30, 2013

                                                                 /s/ John S. Pereira, Trustee
                                                                JOHN S. PEREIRA (jp4856)
                                                                CHAPTER 7 TRUSTEE
                                                                405 LEXINGTON AVENUE, 7TH FLOOR
                                                                NEW YORK, NEW YORK  10174
                                                                (212) 758-5777